FILED - GR
June 14, 2011 4:44 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY _gf_/____ SCANNED BY: ___ 6-16-11

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - - -

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DARRELL HENDERSON STANFIELD,
COREY ANTHONY GOSS,
RICHARD DWAYNE PERRY, and
ANDRE NADELL DAVIS,

Defendants.
_______________________________/

No. **1:11-cr-187**

Hon. **Paul L Maloney**
**Chief U.S. District Judge**

INDICTMENT

The Grand Jury charges:

**(COCAINE CONSPIRACY)**

From In or about June of 2010 through and including April 6, 2011, in Ingham County, in the Southern Division of the Western District of Michigan, and elsewhere,

DARRELL HENDERSON STANFIELD,
COREY ANTHONY GOSS,
RICHARD DWAYNE PERRY, and
ANDRE NADELL DAVIS

did knowingly, intentionally and unlawfully combine, conspire, confederate and agree together and with other persons, both known and unknown to the grand jury, to distribute and possess with intent to distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(ii)

United States v. Stanfield, et. al.
Indictment – Final Page

A TRUE BILL

GRAND JURY FOREPERSON

DONALD A. DAVIS
United States Attorney

Mark V. Courtade

MARK V. COURTADE (P32666)
Assistant United States Attorney